# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin Division

| | | |
|---|---|---|
| **In re:** | § | **Case No. 07-11545-TMD-7** |
| | § | |
| **KELLY, MICHAEL PATRICK** | § | **Chapter 7** |
| | § | |
| | § | |
| | § | |
| **Debtor(s).** | § | |

## DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

    The undersigned trustee reports: ____

____     The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_     More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

    Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, <u>et seq</u>).

Dated:   1/13/16                           /s/ C. Daniel Roberts

                                                                    C. DANIEL ROBERTS, Trustee
                                                                    CHAPTER 7 TRUSTEE
                                                                    1602 EAST CESAR CHAVEZ
                                                                    AUSTIN, TX 78702
                                                                    (512) 494-8448

# EXHIBIT "A"

PLEASE CHECK ONE:

____ Small Dividends

_X_ Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Siena Landscaping & Design, L.P.<br>c/o Marvin E. Sprouse III<br>Jackson Walker L.L.P.<br>100 Congress Ave., Suite 1100<br>Austin, TX  78701 | 000020 | $1,063.63 |
| Benjamin and Karen Shakely<br>9421 Manitou Springs Ln.<br>Austin, TX 78717 | 000021 | $877.99 |
| Bohdan Gajewski<br>511 SE 5th Ave #608<br>Fort Lauderdale, FL 33301 | 000025 | $366.24 |
| James Young<br>5602 Roosevelt Avenue<br>Austin, TX 78756 | 000027 | $738.75 |
| Barbara Ryan<br>39959 W. 86th St.<br>Leona Valley, CA 93551 | 000034 | $1,214.49 |
| DIANE  M. MANN<br>C/O TERRY A. DAKE<br>11811 N. TATUM BLVD., STE 3031<br>PHOENIX, AZ 85028 | 000035 | $1,065.42 |
| Mike & Nina Soccorro<br><br>1780 Beale Circle<br>Suisun City, CA 94585 | 000041 | $236.24 |
| William & Gina Kent<br>225 Mt. Olympus Drive NW<br>Issaquah, WA 98027 | 000053 | $77.83 |

| | | |
|---|---|---|
| William & Gina Kent<br>225 Mt. Olympus Drive NW<br>Issaquah, WA 98027 | 000054 | $37.65 |