UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | | |
|---|---|---|
| In re: | § | Case No. 07-11545-TMD-7 |
| | § | |
| KELLY, MICHAEL PATRICK | § | Chapter 7 |
| | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

The undersigned trustee reports: ____

____  The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X   More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:  3/10/17                   /s/ C. Daniel Roberts
                                  C. DANIEL ROBERTS, Trustee
                                  CHAPTER 7 TRUSTEE
                                  1602 EAST CESAR CHAVEZ
                                  AUSTIN, TX 78702
                                  (512) 494-8448

# EXHIBIT "A"

PLEASE CHECK ONE:

___ Small Dividends

_X_ Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| U.S. BANKRUPTCY CLERK<br>HOMER THORNBERRY JUDICIAL BLDG.<br>903 SAN JACINTO, AUSTIN, TX 78701 | 00000001 | $1,293.07 |