TX-10  
(Rev'd 1/92)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin Division

| | | |
|---|---|---|
| **In re:** | § | **Case No. 07-11545-TMD-7** |
| | § | |
| **KELLY, MICHAEL PATRICK** | § | **Chapter 7** |
| | § | |
| | § | |
| | § | |
| **Debtor(s).** | § | |

## AMENDED DEPOSIT OF SMALL OR UNCLAIMED DIVIDENDS

    The undersigned trustee reports: _____

_____   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

 X    More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

    Therefore, pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:   3/15/17                    /s/ C. Daniel Roberts  
                                                       C. DANIEL ROBERTS, Trustee  
                                                       CHAPTER 7 TRUSTEE  
                                                       1602 EAST CESAR CHAVEZ  
                                                       AUSTIN, TX 78702  
                                                       (512) 494-8448

# **EXHIBIT "A"**

PLEASE CHECK ONE:

____   Small Dividends

_X_   Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| DIANE M. MANN<br>C/O TERRY A DAKE<br>11811 N. TATUM BLVE., STE 3031<br>PHOENIX, AZ 85028 | 33 | $180.42 |
| RICHARD AND SHARON GIBBONS<br>C/O JOHN ALVIS<br>111 CNOGRESS AVE. 4TH FLOOR<br>AUSTIN, TEXAS 78701 | 40 | $1,112.65 |